### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **KAREN REED,** ) | **CASE NO. 1:07 CV 3335** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGE DONALD C. NUGENT** |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY** ) | Magistrate Judge Nancy A. Vecchiarelli |
| ) | |
| **Defendant.** ) | **MEMORANDUM OPINION** |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Nancy A. Vecchiarelli (Document #16). On October 26, 2007, Plaintiff, Karen Reed, filed her Complaint challenging the final decision of the Commissioner of Social Security denying her claim for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. §§ 423, 1381(a) and 1382a. This Court has jurisdiction pursuant to 42 U.S.C. § 405(g). Pursuant to Local Rule 72.2(b), the case was referred to Magistrate Judge Vecchiarelli for a Report and Recommendation.

On June 12, 2008, the Magistrate Judge issued her Report and Recommendation. The Magistrate Judge recommends that the final decision by the Commissioner of Social Security denying Plaintiff's request for Supplemental Security income be affirmed.

No objections were filed to the Report and Recommendation.

regarding benefits. Judicial review of the Commissioner's decision, as reflected in the decisions of the ALJ, is limited to whether the decision is supported by substantial evidence. *See Smith v. Secretary of Health and Human Servs.*, 893 F.2d 106, 108 (6th Cir. 1989). "Substantial evidence exists when a reasonable mind could accept the evidence as adequate to support the challenged conclusion, even if that evidence could support a decision the other way." *Casey v. Secretary of Health and Human Servs.*, 987 F.2d 1230, 1233 (6th Cir. 1993) (citation omitted).

## Conclusion

This Court has reviewed the Magistrate Judge's Report and Recommendation *de novo*. After careful evaluation of the record, this Court adopts the findings of fact and conclusions of law of the Magistrate Judge as its own. This Court finds that Magistrate Judge Vecchiarelli properly recommended that the Commissioner's decision be affirmed. Accordingly, the Report and Recommendation of Magistrate Judge Vecchiarelli (Document # 16) is hereby ADOPTED and the decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: July 8, 2008

-3-