IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN REED, | ) | CASE NO. 1:07 CV 3335 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | Magistrate Judge Nancy A. Vecchiarelli |
| | ) | |
| Defendant. | ) | **ORDER** |

As set forth in the Memorandum Opinion issued contemporaneously herewith, the Report and Recommendation of Magistrate Judge Vecchiarelli (Document # 16) is hereby ADOPTED and the decision of the Commissioner is hereby AFFIRMED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: July 8, 2008